Kristi L. KAUFMANN (Horn), Plaintiff—Appellant,

v.

GEICO GENERAL INSURANCE CO., Defendant—Appellee.

No. 10–35199.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Oct. 4, 2010.

Filed Oct. 21, 2010.

Thomas J. Beers, Beers Law Offices, Missoula, MT, Matthew Clifford, Oakland, CA, James A. Manley, Manley Law Firm, Polson, MT, for Plaintiff–Appellant.

John E. Bohyer, Stefan W. Farr, Paul N. Tranel, Bohyer Simpson & Tranel, P.C., Missoula, MT, for Defendant–Appellee.

Before: THOMAS and M. SMITH, Circuit Judges, and EZRA, District Judge.*

MEMORANDUM **

After carefully considering the briefs, record, and arguments of counsel, the Court affirms the judgment of the district court for the reasons stated in Magistrate

---

* The Honorable David A. Ezra, United States District Judge for the District of Hawaii, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Judge Lynch's well-reasoned opinion of February 1, 2010.

AFFIRMED.

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.